# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF E.W. AND L.W.

NO. 2021 CW 0532

**MAY 28, 2021**

---

In Re:    D.M., applying for supervisory writs, East St. Tammany
City Court, Parish of St. Tammany, No. 20210575.

---

**BEFORE: WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.** We decline to exercise our supervisory
jurisdiction.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT